UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                            :

DUNKIN' DONUTS FRANCHISED    :
  RESTAURANTS LLC,
  a Delaware Limited Liability Company, and  :

DD IP HOLDER LLC,    :
  a Delaware Limited Liability Company,  :
                                                            :    C.A. No. 07-CV-11134 (RJH)

                    Plaintiffs,  :

      v.  :

SHIVAM SUNDRAM INC.,  :
  a New York Corporation,  :

                    Defendant.  :
-------------------------------------------------------------x

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC make (collectively referred to hereinafter as "Dunkin'" or "Dunkin' Donuts") the following statement identifying all its parent corporations, and listing any publicly held company that owns 10% or more of Dunkin' Donuts' stock:

<u>Corporate affiliations</u>

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." Plaintiff Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.

Plaintiff DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Plaintiff Dunkin' Donuts Franchised

Restaurants LLC's U.S. trademarks.  Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiff is unaware of any publicly held company that owns 10% or more of an ownership interest in them.  Dunkin' Donuts is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

                Respectfully submitted,

/s/ Ronald D. Degen_____
Ronald D. Degen (RD 7808)
Scott Goldfinger (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:     (212) 227-4530
Facsimile:      (212) 385-9813
E-mail:           rdegen@odlegal.com


Robert L. Zisk  (RZ 1275)
David E. Worthen  (DW 8519)
Katherine L. Wallman*  (KW 3966)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W. – Suite 1111
Washington, DC 20037
Telephone:     (202) 295-2200
Facsimile:      (202) 295-2250
* *Not admitted to the D.C. Bar*

Dated:  December 10, 2007        Attorneys for Plaintiffs
                                         Dunkin' Donuts Franchised Restaurants LLC and
                                         DD IP Holder LLC