UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company, and

DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                           Plaintiffs,

           v.

SHIVAM SUNDRAM INC.,
  a New York Corporation,

                           Defendant.
-------------------------------------------------------------x

C.A. No. 07-CV-11134 (RJH)

COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

## ORDER TO SHOW CAUSE

Upon the annexed **Certification of Ronald D. Degen, pursuant to Local Rule 6.1(d)**, and all the other papers annexed hereto in support of the motion of Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC for a preliminary injunction enjoining Defendant Shivam Sundram Inc. to cease violating the Dunkin' Donuts standards for health, sanitation and safety set forth in Defendant's Franchise Agreement at its business located at 114 Bruckner Boulevard, Bronx, New York; and sufficient cause therefor appearing, it is

**ORDERED**, that Defendant Shivam Sundram Inc. show cause before HONORABLE RICHARD J. HOLWELL, United States District Judge, on the 28th day of December, 2007, at 3 o'clock PM, ~~in the~~ ~~noon of that day or as soon thereafter as counsel can be heard,~~ at Courtroom 17B, the United States Court House, 500 Pearl Street, New York, New York, why an order should not be entered granting Plaintiffs' motion for a preliminary injunction enjoining

Defendant to cease violating Plaintiffs' standards for health, sanitation, and safety, as identified on the Food Safety and Sanitation Inspection form dated November 23, 2007, attached to Plaintiffs' motion papers as Exhibit 2-A; and it is further

**ORDERED**, that opposition papers, if any, must be filed with the Court and served on Plaintiffs' attorneys, and two (2) courtesy copies must be delivered to Judge Richard J. Holwell, on or before the 21st day of December, 2007; and it is further

**ORDERED**, that reply papers, if any, must be filed with the Court and served on Defendant or its attorneys, and two (2) courtesy copies must be delivered to Judge Richard J. Holwell, on or before the 27th day of December, 2007; and it is further

**ORDERED**, that service of a copy of this Order and the papers upon which it is made, together with courtesy copies of the summons and complaint, upon Defendant by overnight carrier on or before the 19th day of December, 2007, be deemed good and sufficient service.

Dated: New York, New York

December 18, 2007

_____
RICHARD J. HOLWELL
United States District Judge