**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company, and

DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                 Plaintiffs,

      v.

SHIVAM SUNDRAM INC.,
  a New York Corporation,

                 Defendant.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

07cv 11134 (RJH)

C.A. No. 07-cv-1134 (RJH)

## CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Shivam Sundram, Inc, that Plaintiffs' Motion for a Preliminary Injunction is resolved upon the following terms and conditions:

1.    Defendant, without admitting breach of the Franchise Agreement or other liability, shall cure the violations at its franchised business unit, PC# 340725, located at 114 Bruckner Boulevard, Bronx, New York, identified on the "Food Safety and Sanitation Inspection Report" dated December 20, 2007 (attached hereto as Exhibit A) by no later than January 9, 2008.

2.    In accordance with the Franchise Agreement, Defendant shall pay to Dunkin' Donuts the attorneys' fees and costs incurred in this action totaling $3,783.80. Defendant shall pay this amount in full by certified check made payable to "Dunkin'

Donuts Franchised Restaurants LLC" by no later than January 16, 2008.

  3.  That, in the event that Defendant fails to satisfy any of its obligations under this Consent Order and Dunkin' is required to incur additional fees and costs to enforce the terms of this Consent Order, Defendant shall pay Dunkin' for such fees and costs in addition to the fees and costs identified in paragraph 2.

SO ORDERED:
New York, New York
December 28, 2007

            Honorable Richard J. Holwell
            United States District Court Judge

cc:  All counsel of record

Respectfully submitted,

_Ronald D. Degen_
Ronald Degen, Esq.  (RD 7808)
Scott Goldfinger, Esq.  (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:     (212) 227-4530
Facsimile:     (212) 385-9813

Robert L. Zisk  (RZ 1275)
David E. Worthen  (DW 8519)
Katherine L. Wallman*  (KW 3966)
GRAY, PLANT, MOOTY, MOOTY
   & BENNETT, P.A.
2600 Virginia Avenue, N.W. – Suite 1111
Washington, DC 20037
Telephone:     (202) 295-2200
Facsimile:     (202) 295-2250
* Not admitted to the D.C. Bar

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants
LLC and DD IP Holder LLC

Michael Einbinder, Esq.
Matthew David Brozik, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018
Telephone:     (212) 391-9500
Facsimile:     (212) 391-9025

*Attorneys for Defendant*
Shivam Sundram, Inc.

December __, 2007

3