Holwell, J

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

               Plaintiffs,

               v.                                C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
  (now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
  (now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

             Defendants.
-----------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01-18-08

## ORDER TO SHOW CAUSE

Upon the annexed Certification of Ronald D. Degen, pursuant to Local Rule 6.1(d), and all the other papers annexed hereto in support of the motion of Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC (collectively referred to hereinafter as "Dunkin' or Dunkin' Donuts"), Baskin-Robbins Franchised Shops LLC,

and BR IP Holder LLC (collectively referred to hereinafter as "Baskin-Robbins") for a preliminary injunction enjoining Defendants Sundram Inc., Satyam Shivam, Inc. (now known as Satyam Eastchester LLC), Shivam Sundram, Inc. (now known as Shivam Bruckner LLC), TKNY Partners LLC, Anil Kapoor and Pran Tiku from using the Dunkin' Donuts and Baskin-Robbins trademarks, trade names and trade dress at their businesses located at 511 East 163rd Street Bronx, NY 10451, 2451 Eastchester Road, Bronx, NY 10469, 114 Bruckner Boulevard, Bronx, NY 10454, and 145 East 125th Street, New York, New York 10035, and from engaging in unfair competition in violation of the Lanham Act; and sufficient cause therefor appearing, it is:

ORDERED, that Defendants show cause before the HONORABLE ~~Richard J. Holwell~~ CHARLES S. HAIGHT, JR. (PART I), United States District Judge, on the 13 day of ~~January~~ February, 2008, at 10:30 o'clock in the ~~fore~~ noon of that day or as soon thereafter as counsel can be heard, at the United States Court House, Courtroom ~~17B~~ 17C, at 500 Pearl Street, New York, New York 10007, why an order should not be entered granting Plaintiffs' motion for a preliminary injunction enjoining Defendants from using the Dunkin' Donuts and Baskin-Robbins trademarks, trade names and trade dress at their businesses located at 511 East 163rd Street, Bronx, NY 10451, 2451 Eastchester Road, Bronx, NY 10469, 114 Bruckner Boulevard, Bronx, NY 10454 and 145 East 125th Street, New York, New York 10035; and it is further

ORDERED, that opposition papers, if any, must be served on Plaintiffs' attorneys at on or before the 1 day of ~~January~~ February, 2008; and it is further

ORDERED, that reply papers, if any, must be served on Defendants on or before 12:00 noon the 7th day of ~~January~~ February, 2008; and it is further

**ORDERED**, that all papers shall be filed with the Court and courtesy copies shall be delivered in conformity with the Individual Rules of Honorable Richard J. Holwell; and it is further

**ORDERED**, that service of a copy of this Order and the papers upon which it is made, together with the summons and complaint, upon Defendants by overnight carrier on or before the 18 day of January, 2008 be deemed good and sufficient service.

Dated: New York, New York
January 18, 2008

Charles S. Haight
United States District Judge

(Part I)