```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

Michael Einbinder (ME-3930)
Matthew David Brozik (MB-6026)
EINBINDER & DUNN, LLP
Attorney for Defendant
104 West 40th Street
New York, New York 10018
(212) 391-9500
(212) 391-9025 (facsimile)

JAN - 8 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANT LLC, a Delaware Limited Liability Company, and<br><br>DD IP HOLDER LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SHIVAM SUNDRAM INC., a New York Corporation,<br><br>Defendant. | C.A. No. 07-CV-11134 (RJH) |

It is hereby stipulated and agreed, by and between the respective undersigned counsel for plaintiffs, DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC and DD IP HOLDER LLC, and defendant, SHIVAN SUNDRAM INC., that the defendant's time to file and serve an answer or otherwise move regarding the plaintiffs' complaint is extended to January 23, 2008.

MATTHEW DAVID BROZIK (MB-6026)
EINBINDER & DUNN, LLP
*Attorney for Defendant*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

1/16/08

RONALD D. DEGEN (RD-7808)
O'ROURKE & DEGEN, PLLC
*Attorney for Plaintiff*
225 Broadway, Suite 715
New York, New York 10007
Telephone: (212) 227-4530
Telecopier: (212) 385-9813

SO ORDERED.

THE HONORABLE RICHARD J. HOLWELL
United States District Court Judge