UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DD IP HOLDER LLC,
BASKIN-ROBBINS and
BR IP HOLDER LLC,

                Plaintiffs,

        v.                                       C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
SATYAM SHIVAM, INC.,
SHIVAM SUNDRAM, INC.,
TKNY PARTNERS, LLC,
ANIL KAPOOR and
PRAN TIKU,

                Defendants.
-----------------------------------------------------------------x

## ADMISSION OF SERVICE

**IT IS HEREBY ACKNOWLEDGED,** by Einbinder & Dunn, LLP, attorneys for Defendants **SUNDRAM, INC., SATYAM SHIVAM, INC.** and **TKNY PARTNERS, LLC** that they are authorized to accept service of an amended summons and first amended complaint in the above matter on their behalf and that this date they received the amended summons and first amended complaint, together with the Rules of Judge Richard J. Holwell, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above entitled action on behalf of said Defendants.

Dated: January 16, 2008

                                              _____
                                              Michael Einbinder (ME 3930)
                                              **Matthew David Brozik (MB 6026)**
                                              **Einbinder & Dunn, LLP**
                                              Attorneys for Defendants Sundram, Inc, Satyam Shivam, Inc. and TKNY Partners, LLC
                                              104 West 40th Street
                                              New York, New York 10018
                                              Telephone:    (212) 391-9500