UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DD IP HOLDER LLC,
BASKIN-ROBBINS and
BR IP HOLDER LLC,

                Plaintiffs,

       v.                                        C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
SATYAM SHIVAM, INC.,
SHIVAM SUNDRAM, INC.,
TKNY PARTNERS, LLC,
ANIL KAPOOR and
PRAN TIKU,

                Defendants.
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on January 15, 2008 at 12:30 P.M. at 145 East 125th Street, New York, New York I served the amended summons and first amended complaint, together with the Rules of Judge Richard J. Holwell, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant PRAN TIKU,** by delivering a true copy of each to "JOHN" KAHN, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

    On January 15, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's actual place of business at 145 East 125th Street, New York, New York 10035 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant.

    The person served was a male, white, 5'7", brown hair, 45 years old, 175 pounds.

                                                                         RALPH ADDONIZIO

Sworn to before me this
15th day of January 2008.

RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, 2011

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DD IP HOLDER LLC,
BASKIN-ROBBINS and
BR IP HOLDER LLC,

                Plaintiffs,

       v.                                    C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
SATYAM SHIVAM, INC.,
SHIVAM SUNDRAM, INC.,
TKNY PARTNERS, LLC,
ANIL KAPOOR and
PRAN TIKU,

                Defendants.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

      I hereby certify under penalty of perjury that on January 15, 2008 at 12:30 P.M. at 145 East 125th Street, New York, New York I served the amended summons and first amended complaint, together with the Rules of Judge Richard J. Holwell, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant ANIL KAPOOR**, by delivering a true copy of each to "JOHN" KAHN, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

      On January 15, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's actual place of business at 145 East 125th Street, New York, New York 10035 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant.

      The person served was a male, white, 5'7", brown hair, 45 years old, 175 pounds.

                                                      _____
                                                      RALPH ADDONIZIO

Sworn to before me this
15th day of January 2008.

_____
RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, 2011