MICHAEL EINBINDER (ME-3930)
MATTHEW DAVID BROZIK (MB-6026)
EINBINDER & DUNN, LLP
*Counsel for Defendants*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD IP HOLDER LLC, a Delaware Limited Liability Company, DD IP HOLDER LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISED SHOPS LLC, and BR IP HOLDER LLC

Plaintiffs,

v.

SUNDRAM, INC., a New York Corporation, SATYAM SHIVAM, INC. (now known as Satyam Eastchester LLC), a New York Corporation, SHIVAM SUNDRAM, INC. (now known as Shivam Bruckner LLC), a New York Corporation, TKNY PARTNERS, LLC, a New York Limited Liability Company, ANIL KAPOOR, a resident of Massachusetts, and PRAN TIKU, a resident of Massachusetts,

Defendants.

Case No: 07 CV 11134 (RJH)

**DEFENDANTS'
RULE 7.1 STATEMENT**

Defendant Satyam Shivam Inc. is now Satyam Eastchester LLC; Defendant Sundram Inc. is now Sundram Washington LLC; Defendant Shivam Sundram Inc. is now Shivam Bruckner LLC.

All four corporate defendants, including TKNY Partners LLC, are wholly owned by TKNY Global LLC, a non-governmental entity with no parent corporation, and of the stock of which no publicly held corporation owns 10% or more.

Dated: New York, New York
       January 28, 2008

EINBINDER & DUNN, LLP

By: _____
Matthew David Brozik (MB-6026)
*Counsel for Defendants*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Facsimile: (212) 391-9025