**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED     :
    RESTAURANTS LLC,     :
    a Delaware Limited Liability Company,     :
DD IP HOLDER LLC,     :
    a Delaware Limited Liability Company,     :
BASKIN-ROBBINS FRANCHISED     :
    SHOPS LLC,     :
    a Delaware Limited Liability Company, and     :
BR IP HOLDER LLC,     :
    a Delaware Limited Liability Company,     :

            Plaintiffs,     :

    v.     :

SUNDRAM, INC.,     :
    a New York Corporation,     :
SATYAM SHIVAM, INC.,     :
(now known as Satyam Eastchester LLC)     :
    a New York Corporation,     :
SHIVAM SUNDRAM, INC.,     :
(now known as Shivam Bruckner LLC)     :
    a New York Corporation,     :
TKNY PARTNERS, LLC,     :
    a New York Limited Liability Company,     :
ANIL KAPOOR,     :
    a resident of Massachusetts, and     :
PRAN TIKU,     :
    a resident of Massachusetts,     :
    :
            Defendants.     :

------------------------------------------------------------x

**NOTICE OF MOTION TO
ADMIT COUNSEL PRO
HAC VICE**

C.A. No. 07-CV-11134 (RJH)

PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen

and Katherine L. Wallman in support of this motion and the Certificate of Good Standing

annexed thereto we will move this Court at the United States Courthouse for the Southern

District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York for an Order allowing

the admission of Katherine L. Wallman, an associate with the firm of Gray, Plant, Mooty,

Mooty & Bennett, P.A., and a member in good standing of the Bar of California, as

attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

Dated: January 28, 2008

Ronald D. Degen (RD 7808)
Scott Goldfinger, Esq. (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone:    (212) 227-4530
Facsimile:    (212) 385-9813

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED      :
   RESTAURANTS LLC,      :
  a Delaware Limited Liability Company,      :
DD IP HOLDER LLC,      :
  a Delaware Limited Liability Company,      :
BASKIN-ROBBINS FRANCHISED      :
   SHOPS LLC,      :
  a Delaware Limited Liability Company, and      :
BR IP HOLDER LLC,      :
  a Delaware Limited Liability Company,      :
        :

        Plaintiffs,      :     **CERTIFICATION OF**
        :     **RONALD D. DEGEN IN**
        :     **SUPPORT OF MOTION**
    v.      :     **TO ADMIT KATHERINE**
        :     **L. WALLMAN AS**
        :     **COUNSEL PRO HAC VICE**

SUNDRAM, INC.,      :
  a New York Corporation,      :
SATYAM SHIVAM, INC.,      :     C.A. No. 07-CV-11134 (RJH)
(now known as Satyam Eastchester LLC)      :
  a New York Corporation,      :
SHIVAM SUNDRAM, INC.,      :
(now known as Shivam Bruckner LLC)      :
  a  New York Corporation,      :
TKNY PARTNERS, LLC,      :
  a New York Limited Liability Company,      :
ANIL KAPOOR,      :
  a resident of Massachusetts, and      :
PRAN TIKU,      :
  a resident of Massachusetts,      :
        :
        Defendants.      :

-------------------------------------------------------------x

RONALD D. DEGEN, hereby certifies the following:

    1.    I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs

in the above captioned action.  I am familiar with the proceedings in this case.  I make this

statement based on my personal knowledge of the facts herein and in support of Plaintiffs'

motion to admit Katherine L. Wallman as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Deaprtment.  I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3.      I have known Katherine L. Wallman since October, 2007.

4.      Ms. Wallman is a member of the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5.      I have found Ms. Wallman to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Katherine L. Wallman, pro hac vice.

7.      I respectfully submit herewith a proposed order granting the admission of Katherine L. Wallman, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Katherine L. Wallman, pro hac vice, to represent Plaintiffs in the above captioned matter be granted.

Dated: January 28, 2008

*Ronald D. Degen*

Ronald D. Degen (RD 7868)

Subscribed and sworn to before me
this 28th day of January 2008.

*Iris Peskin*

**IRIS PESKIN**
**Notary Public, State of New York**
**No. 01PE6151942**
**Qualified in Nassau County**
**Commission Expires August 28,** *2010*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED                    :
  RESTAURANTS LLC,                          :
  a Delaware Limited Liability Company,     :
DD IP HOLDER LLC,                            :
  a Delaware Limited Liability Company,     :
BASKIN-ROBBINS FRANCHISED                    :
  SHOPS LLC,                                :
  a Delaware Limited Liability Company, and :
BR IP HOLDER LLC,                            :
  a Delaware Limited Liability Company,     :
                                             :
        Plaintiffs,                     :  **CERTIFICATION OF**
                                             :  **KATHERINE L.**
                                             :  **WALLMAN IN SUPPORT**
                                             :  **OF MOTION**
        v.                              :  **TO ADMIT COUNSEL PRO**
                                             :  **HAC VICE**
                                             :
SUNDRAM, INC.,                               :
  a New York Corporation,                   :  C.A. No. 07-CV-11134 (RJH)
SATYAM SHIVAM, INC.,                         :
(now known as Satyam Eastchester LLC)        :
  a New York Corporation,                   :
SHIVAM SUNDRAM, INC.,                        :
(now known as Shivam Bruckner LLC)           :
  a New York Corporation,                   :
TKNY PARTNERS, LLC,                          :
  a New York Limited Liability Company,     :
ANIL KAPOOR,                                 :
  a resident of Massachusetts, and          :
PRAN TIKU,                                   :
  a resident of Massachusetts,              :
                                             :
        Defendants.                     :
-------------------------------------------------------------x

KATHERINE L. WALLMAN, hereby certifies the following:

      1.     I submit this certification in support of my motion for admission to

practice pro hac vice in the above-captioned matter.  I am a resident of the

Commonwealth of Virginia, and an associate with the law firm of Gray, Plant, Mooty,

Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C.

20037.

2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of California.

3.      I have never been held in contempt of court.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

6.      I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

Katherine L. Wallman

Dated: January 17, 2008

Subscribed and sworn to before me
this 17th day of January, 2008.

Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 28, 2012



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *KATHERINE LEAH WALLMAN*

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that KATHERINE LEAH WALLMAN was on the 23d day of December, 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 11th day of January, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Deputy Clerk*

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on January 21, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Katherine Wallman, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Michael Einbinder, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018

Dated:  January 28, 2008

**RONALD D. DEGEN** (RD 7808)

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

               Plaintiffs,

      v.

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
(now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
(now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

               Defendants.

-------------------------------------------------------------x

**ORDER FOR ADMISSION
TO PRACTICE PRO HAC
VICE**

C.A. No. 07-CV-11134 (RJH)

The motion for admission to practice pro hac vice in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

      Katherine L. Wallman
      Gray, Plant, Mooty, Mooty & Bennett, P.A.
      2600 Virginia Avenue, NW

Washington, DC 20037
katherine.wallman@gpmlaw.com

is admitted to practice pro hac vice  and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

Dated:  January ___, 2008

_____
United States District Judge

cc:    Katherine Wallman
       Counsel of Record
       Court File