# MEMO ENDORSED

**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007
212-227-4530
FAX 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 02-04-08

February 1, 2008

BY TELEFAX 212-805-7909

Honorable Charles S. Haight
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*/s/ Charles S. Haight*

CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE

(PART I)

Re: Dunkin' Donuts Franchised Restaurants LLC, et al. v. Shivam Sundram Inc.
Case No. 07-CV-11134 (RJH)

Dear Judge Haight:

My office represents Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC in the above action. Your Honor set up the following motion schedule:

   02/01/08 - Defendants file opposition papers
   02/07/08 - Plaintiffs file reply papers
   02/13/08 - Court date.

The parties request that you modify the above dates as follows:

   02/05/08 - Defendants file opposition papers
   02/08/08 - Plaintiffs file reply papers
   02/13/08 - Court date.

No previous application for an extension of time has been made.

Very truly yours,

*Ronald D. Degen*
RONALD D. DEGEN

RDD:rg
cc: Michael Einbinder, Esq. (via e-mail)
    David E. Worthen, Esq. (via e-mail)
    Katherine L. Wallman, Esq. (via e-mail)