UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

                    Plaintiffs,

        v.                                    C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
  (now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
  (now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

                    Defendants.
------------------------------------------------------------x





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby withdraw their Motion for a Preliminary Injunction.

1

Respectfully submitted,

By: /s/ Ronald D. Degen
Ronald D. Degen, Esq. (RD 7808)
Scott Goldfinger, Esq. (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone: (212) 227-4530
Facsimile: (212) 385-9813

Robert L. Zisk, Esq. (RZ 1275)
David E. Worthen, Esq. (DW 8519)
Katherine L. Wallman, Esq. (KW 3966)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, DC 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Dated: February 11, 2008

*Attorneys for Plaintiffs*

SO ORDERED:

/s/ Charles S. Haight
United States District Judge

(PART I)