UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
    a Delaware Limited Liability Company,
DD IP HOLDER LLC,
    a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
    a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
    a Delaware Limited Liability Company,

              Plaintiffs,

              v.

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
  (now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
  (now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

              Defendants.
------------------------------------------------------------x

NOTICE OF MOTION TO
ADMIT COUNSEL PRO
HAC VICE

C.A. No. 07-CV-11134 (RJH)

PLEASE TAKE NOTICE that upon the annexed affidavits of Ronald D. Degen and David E. Worthen in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing

the admission of David E. Worthen, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

Dated: February 11, 2008

/Ronald Degen (RD 7808)
Scott Goldfinger, Esq. (SC 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, NY 10007
Telephone:    (212) 227-4530
Facsimile:    (212) 385-9813

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED :
  RESTAURANTS LLC, :
  a Delaware Limited Liability Company, :
DD IP HOLDER LLC, :
  a Delaware Limited Liability Company, :
BASKIN-ROBBINS FRANCHISED :
  SHOPS LLC, :
  a Delaware Limited Liability Company, and :
BR IP HOLDER LLC, :
  a Delaware Limited Liability Company, :
                                  :
              Plaintiffs, : **CERTIFICATION OF**
                                  : **RONALD D. DEGEN IN**
                                  : **SUPPORT OF MOTION**
       v. : **TO ADMIT DAVID E.**
                                  : **WORTHEN AS COUNSEL**
                                  : **PRO HAC VICE**
SUNDRAM, INC., :
  a New York Corporation, :
SATYAM SHIVAM, INC., : C.A. No. 07-CV-11134 (RJH)
(now known as Satyam Eastchester LLC) :
  a New York Corporation, :
SHIVAM SUNDRAM, INC., :
(now known as Shivam Bruckner LLC) :
  a New York Corporation, :
TKNY PARTNERS, LLC, :
  a New York Limited Liability Company, :
ANIL KAPOOR, :
  a resident of Massachusetts, and :
PRAN TIKU, :
  a resident of Massachusetts, :
                                  :
              Defendants. :
-----------------------------------------------------------------x

    RONALD D. DEGEN, hereby certifies the following:

    1.    I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts herein and in support of Plaintiffs' motion to admit David E. Worthen as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3. I have known David E. Worthen for more than 10 years.

4. Mr. Worthen is a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5. I have found Mr. Worthen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of David E. Worthen, pro hac vice.

7. I respectfully submit herewith a proposed order granting the admission of David E. Worthen, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit David E. Worthen, pro hac vice, to represent Plaintiffs in the above captioned matter be granted.

Dated: February 11, 2008

/Ronald D. Degen (RD 7808)

Subscribed and sworn to before me
this 11th day of February 2008.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 20/10

2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

               Plaintiffs,                      **CERTIFICATION OF**
                                                 **DAVID E. WORTHEN**
                                                 **IN SUPPORT OF**
               v.                             **MOTION TO ADMIT**
                                                 **COUNSEL PRO HAC VICE**

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,                                  C.A. No. 07-CV-11134 (RJH)
(now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
(now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

               Defendants.
----------------------------------------------------------------x

DAVID E. WORTHEN, hereby certifies the following:

    1.    I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the Commonwealth of Virginia, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C. 20037.

2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

3.     I have never been held in contempt of court.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

_____
David E. Worthen

Dated: February 7th, 2008

Subscribed and sworn to before me
this 7th day of February, 2008.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 29, 2012



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID E. WORTHEN

was on the 5th day of August, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 6, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
> Deputy Clerk

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty of perjury, that on February 11, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for David E. Worthen, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Michael Einbinder, Esq.
Matthew Brozik, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018

                                            /s/ Ronald D. Degen
                                            **RONALD D. DEGEN (RD 7808)**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

                Plaintiffs,  :  **ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

    v.

                                    C.A. No. 07-CV-11134 (RJH)

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
(now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
(now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

                Defendants.
------------------------------------------------------------x

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

        David E. Worthen
        Gray, Plant, Mooty, Mooty & Bennett, P.A.
        2600 Virginia Avenue, NW
        Washington, DC 20037

david.worthen@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: February ___, 2008

_____
United States District Judge