UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
  a Delaware Limited Liability Company, and
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

          Plaintiffs,

v.

SUNDRAM, INC.,
  a New York Corporation,
SATYAM SHIVAM, INC.,
  (now known as Satyam Eastchester LLC)
  a New York Corporation,
SHIVAM SUNDRAM, INC.,
  (now known as Shivam Bruckner LLC)
  a New York Corporation,
TKNY PARTNERS, LLC,
  a New York Limited Liability Company,
ANIL KAPOOR,
  a resident of Massachusetts, and
PRAN TIKU,
  a resident of Massachusetts,

          Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

**ORDER FOR ADMISSION
TO PRACTICE PRO HAC
VICE**

C.A. No. 07-CV-11134 (RJH)

The motion for admission to practice pro hac vice in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

    David E. Worthen
    Gray, Plant, Mooty, Mooty & Bennett, P.A.
    2600 Virginia Avenue, NW
    Washington, DC 20037

david.worthen@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: ~~February~~ ___, 2008
       April 8

_____
United States District Judge