UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09
```

---

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, ET AL.,

        Plaintiffs,

- against -

SHIVAM SUNDRAM INC., ET AL.,

        Defendants.

1:07-cv-11134-RJH

**ORDER**

---

The Court is in receipt of plaintiffs' application for an order to show cause, dated April 15, 2009. In its application, plaintiff alleges that defendants have failed to comply with the Court's November 17, 2008 Order, which required defendants to produce "the documents referenced in plaintiffs' October 29, 2008 letter as soon as possible and in no event later than Friday, November 28, 2008." Defendants are directed submit a written response plaintiffs' application by April 22, 2009, at 5:00 p.m.

SO ORDERED.

Dated: New York, New York
      April 16, 2009

                                          Richard J. Holwell
                                        United States District Judge